**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Michael Carl HALLGREN,**
**Defendant—Appellant.**

No. 01–50123.

D.C. No. CR–00–00005–AHS.

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 17, 2001.*

Decided Jan. 2, 2002.

Before SCHROEDER, Chief Judge and TROTT and PAEZ, Circuit Judges.

MEMORANDUM **

Michael Carl Hallgren appeals the sentence imposed following his guilty plea conviction for bank robbery, in violation of 18 U.S.C. § 2113(a). Hallgren's attorney has moved to withdraw pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), on the ground that the appeal presents no non-frivolous issues.

Because our independent review of the record discloses no arguable issues, counsel's motion to withdraw is granted and the judgment is

**AFFIRMED.**

* This panel unanimously finds this case suitable for decision without oral argument. Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.